

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00161-CR
### NO. 02-16-00162-CR

SCOTT MICHAEL LEFLER                                              APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
## TRIAL COURT NOS. 1416308D, 1439037D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Scott Michael Lefler attempts to appeal from his convictions for driving while intoxicated, felony repetition. *See* Tex. Penal Code Ann. §§ 49.04(a), 49.09(b)(2) (West Supp. 2015). Lefler pleaded guilty in both cases pursuant to plea bargains, and in accordance with the plea bargains, the trial court sentenced him to eight years' confinement in both cases to run

---

[1]*See* Tex. R. App. P. 47.4.

concurrently. The trial court's certification of his right to appeal in both cases states that the case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On April 27, 2016, we notified Lefler that his appeals could be dismissed based on the trial court's certifications unless he or any party desiring to continue the appeals filed a response on or before May 9, 2016, showing grounds for continuing the appeals.[2] *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certifications, we therefore dismiss Lefler's appeals.[3] *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 9, 2016

---

[2]That same day, we also notified Lefler that it appeared we lacked jurisdiction over his appeals because his notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a).

[3]Lefler's attorney filed a motion to withdraw after we sent our jurisdiction letter. Because we dismiss Lefler's appeals, we deny his attorney's motion to withdraw as moot.

2